02-11-452-CR









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00452-CR

 

 


 
 
 Adan Velasquez-Garcia
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM Criminal
District Court No. 3 OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Adan Velasquez-Garcia attempts to appeal from his conviction for possession
with intent to deliver 400 grams or more of methamphetamine.  The trial court’s
certification states that this “is a plea-bargain case, and the defendant has
NO right of appeal.”  See Tex. R. App. P. 25.2(a)(2).  On October 11,
2011, we notified Velasquez-Garcia that this appeal may be dismissed unless he
or any party desiring to continue the appeal filed a response on or before October
21, 2011, showing grounds for continuing the appeal.  We have not received a
response.  Therefore, in accordance with the trial court’s certification, we
dismiss this appeal.  See Tex. R. App. P. 25.2(d), 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  November 10, 2011









[1]See Tex. R. App. P. 47.4.